USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

USMS-Columbia
RECEIVED

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

J-1√

| | |
|---|---|
| **PLAINTIFF** Palmetto State Armory, LLC      JAN 16 2019 | **COURT CASE NUMBER** 3:19-00072-JMC (D.S.C.) |
| **DEFENDANT** Leonard Scott Huff, David Fillers, and Destructive Devices Industries, LLC | **TYPE OF PROCESS** Petition to Confirm Arbitration Award |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David Fillers
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2468 Jim Henry Road, Dandridge, Tennessee 37725

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Roberts
Willoughby & Hoefer, P A
Post Office Box 8416
Columbia, South Carolina 29202

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on USA: USMS-Columbia

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include business and alternate addresses, All Telephone Numbers, and Estimated Times Available for Service):

RECEIVED
FEB 21 2019

Please serve the enclosed documents on the above named individual at the address listed.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (803) 771-2124
DATE: 1/16/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No 071
District to Serve: No 074
Signature of Authorized USMS Deputy or Clerk
Date: 1/16/19

I hereby certify and return that I ☒ have personally served ☐ have legal evidence of service ☐ have executed as shown in 'Remarks', the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Same as above
Address (complete only different than shown above)
Same as above

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 2-2-19
Time: 3:10 ☒ pm
Signature of U S Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130.00 | 23.20 | 8.00 | 161.20 | 0 | 161.20 |

REMARKS: 1/22/19 Fwd to E/TN for P/S

**PRINT 5 COPIES:**
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the US Marshal with payment if any amount is owed Please remit promptly payable to US Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/15/80
Automated 01 00

3:19-00072-JMC-1

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title if any)* David Fillers
was received by me on *(date)* 2-4-19

☒ I personally served the summons on the individual at *(place)* 2468 Jim Henry Rd, Dandridge, TN   on *(date)* 2-7-19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $ 23.20 for travel and $ 130.00 for services, for a total of $ 153.20

I declare under penalty of perjury that this information is true.

Date: 2-7-19

_____
Server's signature

Byrum, Claude M. USM
Printed name and title

800 Market St. Knoxville, TN
Server's address

Additional information regarding attempted service, etc:

USMS- Columbia
**RECEIVED**
FEB 21 2019